UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

v.                                            Case No. 3:10cv378/MCR/CJK

WEST CUSTOMER MANAGEMENT
GROUP, LLC n/k/a WEST BUSINESS
SOLUTIONS, LLC,

      Defendant.
_____/

## FINAL JUDGMENT

      This action came before the Court for a jury trial with the undersigned presiding. Following trial, the jury rendered a verdict in favor of the Defendant on January 31, 2014.

      Accordingly, final judgment is hereby entered in favor of Defendant, WEST CUSTOMER SERVICE MANAGEMENT GROUP, LLC, with costs taxed against Plaintiff, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.

      **SO ORDERED** this 4th day of February, 2014.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**